# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

March 28, 2002

*Before*

Hon.  RICHARD A. POSNER, Circuit Judge

Hon.  KENNETH F. RIPPLE, Circuit Judge

Hon.  TERENCE T. EVANS, Circuit Judge

Nos. 00-3742 and 00-4073

| | |
|---|---|
| RESEARCH SYSTEMS CORPORATION, Plaintiff-Appellant, | Appeals from the United States District Court for the Southern District of Indiana, Evansville Division. |
| v. | No. 97 C 10 |
| IPSOS PUBLICITE, IPSOS USA, IPSOS, ET AL., Defendants-Appellees. | **Richard L. Young**, *Judge.* |

**O R D E R**

The opinion of this court issued on January 9, 2002, is amended, as follows:  At slip opinion page 3, last line, delete the words:  "on which the parties agreed".

At slip opinion page 5, the first full paragraph, line 14, delete:  "RSC and IPSOS agreed to the schedule, and".  Begin the sentence with "The".  Also, line 17, delete the word "that" and add "the".  After the word "schedule" add:

> ordered by the court after a conference with counsel and with the opportunity to make any corrections or additions.

The sentence should read:

The discovery materials that RSC complains of receiving only in the month before the trial were delivered timely according to the schedule ordered by the court after a conference with counsel and with the opportunity to make any corrections or additions.

At slip opinion page 5, line 19, delete the words:  agreed-upon.

The sentence should read:

Nowhere in its brief does RSC claim that any discovery materials were produced late according to the schedule.